LawClerk:Groh,

# U.S. District Court
# District of Oregon (Eugene (6))
# CIVIL DOCKET FOR CASE #: 6:26–cv–00343–MTK

Starling v. What if Holdings LLC
Assigned to: Judge Mustafa T. Kasubhai
Demand: $5,000,000
Cause: 47:227 Restrictions of Use of Telephone Equipment

Date Filed: 02/22/2026
Jury Demand: Plaintiff
Nature of Suit: 485 Telephone Consumer
Protection Act (TCPA)
Jurisdiction: Federal Question

**Plaintiff**

**Ryleigh Starling**
*individually and on behalf of a class of all*
*persons and entities similarly situated*

represented by **Andrew Roman Perrong**
Perrong Law LLC
2657 Mt. Carmel Ave.
Glenside, PA 19038
215–225–5529
Fax: 888–329–0305
Email: a@perronglaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**What if Holdings LLC**
*doing business as*
C4R Media Corp.

Email All Attorneys

| Date Filed | # | Docket Text |
|---|---|---|
| 02/22/2026 | 1 | Complaint. Filing fee in the amount of $405 collected. Agency Tracking ID: AORDC–10171735 Jury Trial Requested: Yes. Filed by Ryleigh Starling against What if Holdings LLC (Attachments: # 1 Civil Cover Sheet, # 2 Proposed Summons). (Perrong, Andrew) (Entered: 02/22/2026) |
| 02/23/2026 | 2 | Notice of Case Assignment to Judge Mustafa T. Kasubhai and Discovery and Pretrial Scheduling Order. **NOTICE: The filing party shall print and serve this Order, the summonses, and all other documents issued by the Clerk at case initiation upon all named parties in accordance with Local Rule 3–5(c)**. Discovery is to be completed by 6/23/2026. Joint Alternate Dispute Resolution Report is due by 7/23/2026. Pretrial Order is due by 7/23/2026. Ordered by Judge Mustafa T. Kasubhai. (le) (Entered: 02/23/2026) |
| 02/23/2026 | 3 | Summons Issued Electronically as to What if Holdings LLC. **NOTICE: The filing party shall print and serve the summonses and all other documents issued by the Clerk at the time of case initiation upon all named parties in accordance with Local Rule 3–5(c).** (le) (Entered: 02/23/2026) |
| 02/23/2026 | 4 | **Case Management Order** signed on 02/23/2026 by Judge Mustafa T. Kasubhai. (bd) (Entered: 02/23/2026) |
| 03/03/2026 | 5 | |

| | | |
|---|---|---|
| | | Return of Service Executed as to What if Holdings LLC served on 3/2/2026, answer due on 3/23/2026. (Perrong, Andrew) (Entered: 03/03/2026) |
| 03/24/2026 | 6 | Unopposed Motion to Change or Transfer Venue . Filed by Ryleigh Starling. (Perrong, Andrew) (Entered: 03/24/2026) |
| 03/31/2026 | 7 | **ORDER** by Judge Mustafa T. Kasubhai: Plaintiff's Unopposed Motion to Change or Transfer Venue, ECF No. 6 , is GRANTED, pursuant to 28 U.S.C. § 1404(a). The Clerk of the Court is DIRECTED to transfer this action to the United States District Court for the Northern District of Texas, Dallas Division, and to send a copy of this Order to that court. (bd) (Entered: 03/31/2026) |