**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| RYLEIGH STARLING, individually and on behalf of a class of all persons and entities similarly situated, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO.: 3:26-cv-01039-B |
| WHAT IF HOLDINGS LLC D/B/A C4R MEDIA CORP., | § § § § | |
| Defendant. | § | |

## <u>NOTICE OF APPEARANCE OF SARA E. INMAN</u>

TO THE HONORABLE SENIOR JUDGE JANE J. BOYLE:

Please take notice that Sara E. Inman of Faegre Drinker Biddle & Reath LLP represents and hereby enters her appearance as counsel for Defendant What If Media Holdings LLC d/b/a C4R Media Corp. in this action.

Respectfully Submitted,

*/s/ Sara E. Inman*
SARA E. INMAN
State Bar No. 24073098
sara.inman@faegredrinker.com
FAEGRE DRINKER BIDDLE & REATH LLP
2323 Ross Ave., Suite 1700
Dallas, Texas 75201
(469) 357-2500 (Telephone)
(469) 327-0860 (Fax)

**ATTORNEYS FOR DEFENDANT**

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that a true and correct copy of the foregoing document has been filed with the Court and served to all counsel of record via ECF notification in accordance with the Federal Rules of Civil Procedure on May 19, 2026.

*/s/ Sara E. Inman*
SARA E. INMAN