## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| RYLEIGH STARLING, individually and on behalf of a class of all persons and entities similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>WHAT IF HOLDINGS LLC<br>D/B/A C4R MEDIA CORP.,<br><br>    Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO.: 3:26-cv-01039-B |

### JOINT REPORT REGARDING SERVICE OF DEFENDANT
### WHAT IF HOLDINGS LLC D/B/A C4R MEDIA CORP.

Pursuant to this Court's May 12, 2026 Order (Dkt. No. 10), Plaintiff Ryleigh Starling and Defendant What If Holdings LLC d/b/a C4R Media Corp. ("What If") hereby submit this Joint Report regarding service of What If.

On February 22, 2026, Plaintiff filed this action in the United States District Court for the District of Oregon under docket number 6:26-cv-00343 (Dkt. No. 1).

On March 3, 2026, Plaintiff filed a proof of service indicating that a copy of the Summons and Complaint were served on What If "by delivering a copy thereof with Tim Delia, who is this defendant's owner of Going Postal," to an address listed on a What If website. (Dkt. No. 5). What If has represented to Plaintiff's counsel that Goin' Postal is a retail shipping and business service center, which is not affiliated with, or authorized to accept service on behalf of, What If.

What If's counsel met and conferred with Plaintiff's counsel via email and telephone calls to provide additional details concerning an alleged failure of proper service and its intent to challenge personal jurisdiction in Oregon.

Based on the parties' discussions, combined with the fact that "Plaintiff's 817- area code is associated with the Northern District of Texas and a substantial portion of the calls at issue were received to that number, which is registered to an address in the Northern District of Texas," Plaintiff filed, on March 24, 2026, an Unopposed Motion to Transfer the Matter to the Northern District of Texas. (Dkt. No. 6.)

On May 17, 2026, Plaintiff's counsel served a request for Waiver of Service of the Summons and Complaint, which was promptly executed by What If's counsel on Monday, May 18, 2026, which sets What If's deadline to answer, move, or otherwise respond to Plaintiff's Complaint on or before July 16, 2026.

Respectfully Submitted,

/s/ Sara E. Inman
SARA E. INMAN
State Bar No. 24073098
sara.inman@faegredrinker.com
FAEGRE DRINKER BIDDLE & REATH LLP
2323 Ross Ave, Suite 1700
Dallas, Texas 75201
(469) 357-2500 (Telephone)
(469) 327-0860 (Fax)

PAUL A. ROSENTHAL (*pro hac vice* pending)
paul.rosenthal@faegredrinker.com
FAEGRE DRINKER BIDDLE & REATH LLP
600 Campus Drive
Florham Park, New Jersey 07932
(973) 549-7000 (Telephone)
(973) 360-9831 (Fax)

**ATTORNEYS FOR DEFENDANT**

*And*

/s/ Andrew Roman Perrong
Andrew Roman Perrong

State Bar No. 243320
a@perronglaw.com
PERRONG LAW LLC
GLENSIDE, PA 19038
(215) 225-5529 (Telephone)
(888) 329-0305 (Fax)

**ATTORNEYS FOR PLAINTIFF**

### <u>CERTIFICATE OF SERVICE</u>

This is to certify that a true and correct copy of the foregoing document has been filed with the Court and served on all counsel of record in compliance with the Federal Rules of Civil Procedure on May 19, 2026.

*/s/ Sara E. Inman*
Sara E. Inman