**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| RYLEIGH STARLING, individually and on behalf of a class of all persons and entities similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>WHAT IF HOLDINGS LLC D/B/A C4R MEDIA CORP.,<br><br>    Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO.:  3:26-cv-01039-B |

**UNOPPOSED MOTION TO EXTEND DEADLINE
TO FILE MOTION FOR CLASS CERTIFICATION**

Plaintiff, with the agreement of Defendant, respectfully moves the Court for an extension of the deadline to file a motion for class certification. In support of this request, Plaintiff states as follows:

1. Under Local Civil Rule 23.2 of the Northern District of Texas, a motion for class certification must be filed not later than 90 days after the filing of the complaint, unless otherwise ordered by the Court, which is complicated both by the fact that the Complaint here was originally filed in from the United States District Court for the District of Oregon on February 22, 2026 (Dkt. No. 1), before being transferred to this Court on or about April 2, 2026. (Dkt. No. 9.) On May 17, 2026, Defendant waived service which sets Defendant's deadline to file an answer, motion, or other response to the Complaint as on or before July 16, 2026. The parties have agreed that, in the interim, discovery as to both Plaintiff's individual and class claims should be stayed pending the Court's ruling on Defendant's anticipated motion to dismiss.

2. Counsel for Plaintiff and Defendant have conferred, and Defendant does not oppose an extension of the class certification deadline.

3. The parties have agreed that the deadline to file Plaintiff's motion for class certification should be extended to align with the date that the Court sets for summary judgment.

4. Good cause exists for this extension as the parties require additional time to work through the initial pleadings in the action, complete discovery, and prepare their respective positions on class certification. The extension will not prejudice either party and will promote the efficient presentation of issues to the Court.

Respectfully Submitted,

Date: July 12, 2026

/s/_____
Andrew Roman Perrong
State Bar No. 243320
a@perronglaw.com
PERRONG LAW LLC
1669 EDGEWOOD ROAD, SUITE 218
YARDLEY, PA 19067
(215) 225-5529 (Telephone)
(888) 329-0305 (Fax)

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing document has been filed with the Court and served on all counsel of record in compliance with the Federal Rules of Civil Procedure on July 12, 2026.

/s/_____
Andrew R. Perrong