## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS

|  |  |  |
|---|---|---|
| RYLEIGH STARLING, individually and on behalf of a class of all persons and entities similarly situated, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO.:  3:26-cv-01039-B |
| WHAT IF HOLDINGS LLC D/B/A C4R MEDIA CORP., | § § § § | |
| Defendant. | | |

**[PROPOSED ORDER GRANTING]**
**UNOPPOSED MOTION TO EXTEND DEADLINE**
**TO FILE MOTION FOR CLASS CERTIFICATION**

AND NOW, this _____, 2026, it is hereby ORDERED that the

Plaintiff's deadline to file a Motion for Class Certification, pursuant to  Local Civil Rule 23.2 is

EXTENDED, *sine die*, until the Court schedules an appropriate schedule after ruling on

Defendant's anticipated motion to dismiss.

*BY THE COURT:*

_____, J.