**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **RYLEIGH STARLING,** *individually and on behalf of a class of all persons and entities similarly situated*, | § § § § | |
| **Plaintiff,** | § § | **CIVIL ACTION NO. 3:26-cv-01039- B** |
| **v.** | § § § | |
| **WHAT IF HOLDINGS LLC d/b/a C4R MEDIA CORP.,** | § § § | |
| **Defendant.** | § § | |

**DEFENDANT WHAT IF HOLDINGS, LLC'S**
**MOTION TO DISMISS PURSUANT TO RULE 12(B)(6)**

Defendant What If Holdings LLC d/b/a C4R Media Corp. ("What If") moves this Court pursuant to Federal Rule of Civil Procedure 12(b)(6) to dismiss Plaintiff's Complaint in its entirety. In support thereof, What If incorporates and submits the accompanying Memorandum of Law.

Dated: July 16, 2026

Respectfully Submitted,

*/s/ Paul A. Rosenthal*
PAUL A. ROSENTHAL (admitted *pro hac vice*)
FAEGRE DRINKER BIDDLE & REATH LLP
600 Campus Drive
Florham Park, New Jersey
(973)549-7000 (Telephone)
paul.rosenthal@faegredrinker.com

SARA E. INMAN (24073098)
FAEGRE DRINKER BIDDLE & REATH LLP
2323 Ross Ave., Suite 1700
Dallas, Texas 75201
(469) 357-2500 (Telephone)
sara.inman@faegredrinker.com

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document has been served to all counsel of record in accordance with the Federal Rules of Civil Procedure on July 16, 2026.

*/s/  Paul A. Rosenthal*
Paul A. Rosenthal