## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| RYLEIGH STARLING, individually and on behalf of a class of all persons and entities similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>WHAT IF HOLDINGS LLC D/B/A C4R MEDIA CORP.,<br><br>    Defendant. | § § § § § § § § § § § | CIVIL ACTION NO.: 3:26-cv-01039-B |

## WHAT IF HOLDINGS, LLC'S
## CERTIFICATE OF INTERESTED PARTIES

Defendant What If Holdings, LLC ("What If"), by and through its undersigned counsel, files this Certificate of Interested Parties and states that the following persons or entities have a financial interest in the outcome of this litigation:

1.    What If Holdings, LLC
      400 Kelby St.
      Fort Lee, NJ 07024
      Defendant

What If is a nongovernmental corporate party. It is a wholly-owned subsidiary of What If Media Group, LLC, which is not publicly traded, nor does any publicly held corporation own 10% or more of any entity's stock.

2.    Counsel for Defendant:
      Paul A. Rosenthal (admitted pro hac vice)
      paul.rosenthal@faegredrinker.com
      FAEGRE DRINKER BIDDLE & REATH LLP
      600 Campus Drive
      Florham Park, NJ 07932
      (973) 549-7000 (Telephone)
      (973) 360-9831 (Fax)

Sara E. Inman
State Bar No. 24073098
sara.inman@faegredrinker.com
FAEGRE DRINKER BIDDLE & REATH LLP
1717 Main Street, Suite 5400
Dallas, Texas  75201
(469) 357-2500 (Telephone)
(469) 327-0860 (Fax)

3.    Ryleigh Starling
       Plaintiff

4.    Counsel for Plaintiff:
       Andrew Roman Perrong
       State Bar No. 243320
       a@perronglaw.com
       PERRONG LAW LLC
       2657 Mount Carmel Avenue
       Glenside, PA 19038
       215-225-5529

Respectfully submitted,

*/s/ Paul A. Rosenthal*
Paul A. Rosenthal (admitted *pro hac vice*)
FAEGRE DRINKER BIDDLE & REATH LLP
600 Campus Drive
Florham Park, NJ 09732
paul.rosenthal@faegredrinker.com
(973) 549-7000 (Telephone)
(973) 360-9831 (Fax)

Sara E. Inman
State Bar No. 24073098
sara.inman@faegredrinker.com
FAEGRE DRINKER BIDDLE & REATH LLP
1717 Main Street, Suite 5400
Dallas, Texas  75201
(469) 357-2500 (Telephone)
(469) 327-0860 (Fax)

*Attorneys for What If Media Holdings, LLC d/b/a
C4R Media Group*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on this day, July 17, 2026, I have caused a copy of the foregoing to be served via ECF/CM on all counsel of record.

*/s/ Paul A. Rosenthal*
PAUL A. ROSENTHAL